LAURACK D. BRAY
P.O. BOX 611432
Los Angeles, CA 90061
(805) 901-2693

FILED
2012 JUL -2 AM 10: 39
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

LAURACK D. BRAY
PLAINTIFF/PETITIONER,
v.
Department of Justice, et al.
DEFENDANT(S).

CASE NUMBER
CV12-5704 (RZ)

REQUEST TO PROCEED
IN FORMA PAUPERIS WITH
DECLARATION IN SUPPORT

I, LAURACK D. BRAY _____, declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed? ☑Yes ☐No → Self-employed
   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. N/A - see above (I don't receive salary or wages per month)
   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. N/A

2. Have you received, *within the past twelve months*, any money from any of the following sources?
   a. Business, profession or form of self-employment?  ☑Yes ☐No
   b. Rent payments, (interest or dividends?)  ☑Yes ☐No
   c. Pensions, annuities or life insurance payments?  ☐Yes ☑No
   d. Gifts or inheritances?  ☐Yes ☑No
   e. Any other income (other than listed above)?  ☐Yes ☑No
   f. Loans?  ☐Yes ☑No

If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: $5,100.00 from law practice; maybe $2.00 in interest/dividends (generously stated) from credit union/bank

CV-60 (04/06)  REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☑Yes ☐No

If the answer is yes, identify each account and separately state the amount of money held in each account for each of the six (6) months prior to the date of this declaration. **Bank of America: #1 - $311.00; #2 - $50.00; Wells Fargo - $497.87. These are present amounts for Wells Fargo + for the last 6 mos for B.O.A.**

4. Do you own any real estate, stocks, bonds, notes, (automobiles), or other valuable property (excluding ordinary household furnishings and clothing)? ☑Yes ☐No

If the answer is yes, describe the property and state its approximate value: **1986 Ford Mustang maybe $300 - $500 (but with the damage factored in: $150 - $400) '71 Mustang (inoperable for years)**

5. In what year did you last file an Income Tax return? **? maybe 2008 or 2009**
   Approximately how much income did your last tax return reflect? **Not enough to owe any taxes if I recall correctly. → You → Honestly, I do not recall.**

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support: **N/A, I haven't earn'd enough to get any dependents, i.e., part of my irreparable harm.**

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

**California**
State

**Los Angeles**
County (or City)

I, **Laurack D. Bray**, declare under penalty of perjury that the foregoing is true and correct.

**July 1, 2012**
Date

**Laurack D. Bray**
Plaintiff/Petitioner (Signature)

---

CV-60 (04/06)   REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT   Page 2 of 2