*Lodged Proposed Order*

FILED

**LAURACK D. BRAY**
**P.O. Box 611432**
**Los Angeles, California 90061**
**(805) 901-2693**

**Plaintiff Pro Se**

2012 JUL -2 AM 10: 40

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____ *(illegible)*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CV12-5704** (RZ)

| | |
|---|---|
| **LAURACK D. BRAY** | NO. _____ |
| **Plaintiff,** | **EX-PARTE MOTION TO PROCEED IN** |
| **v.** | **FORMA PAUPERIS PURSUANT TO** |
| | **28 U.S.C. sec. 1915 (a)(1) and (d)** |
| **DEPARTMENT OF JUSTICE, et al.** | **AND DECLARATION IN SUPPORT** |
| | **THEREOF** |
| **Defendants.** | |

Pursuant to 28 U.S.C. secs. (a)(1) and (d) and F.R.C.P. 4(c)(3), Plaintiff hereby

moves the Court to proceed in forma pauperis, including but not limited to the

commencement and prosecution of the herein and above-entitled case,

including the provision of service of process by the Marshall or "officers of the

court" and the waiver of a security bond (especially in regard to the respective

TRO and injunctive relief sought in conjunction with this motion) on the grounds

that :

1

1. It is the government's actions and/or conduct that have caused Plaintiff to have to move for indigent status in the first instance.

2. Indigent status will help prevent further irreparable harm.

WHEREFORE, Plaintiff requests to be granted in forma pauperis status for all purposes in the above-entitled case until further notice.

**POINTS AND AUTHORITIES IN SUPPORT OF MOTION**

Plaintiff fully relies on 28 U.S.C. sec. 1915 and F.R.C.P., Rule 4 (c)(3) as authorities for this Motion.

I

**THE GOVERNMENT'S CONDUCT HAVE CAUSED PLAINTIFF TO PROCEED IN FORMA PAUPERIS AND CONTRIBUTES HIS IRREPARABLE HARM**

Both the state and federal governments have, to a majority extent, caused Plaintiff to proceed in forma pauperis at this time. State government action or conduct began Plaintiff's decline and the federal government's actions kept it going. Without going into the detailed history of the conduct, suffice it to say that it began with Plaintiff's unlawful eviction from his home- law office. Plaintiff's personal and professional life has, for the most part, been in the decline mode ever since, with the pace

of decline being steady at times, rather than rapid.  The fact that, as an

attorney, Plaintiff is moving in forma pauperis (but was not so moving prior

to his eviction—even soon after the eviction when he began proceedings to

try and reverse the eviction), speaks for itself .   So, this should provide the

Court good reason to grant  Plaintiff relief.


## II

## INDIGENT STATUS WILL  HELP PREVENT PLAINTIFF FROM  CONTINUING TO SUFFER IRREPARABLE  HARM

Plaintiff should not have to deplete what little resources he has  in order

to prosecute this case, because it would only serve to mask the

government's  misconduct and  contribute to Plaintiff's irreparable harm.

For instance, Plaintiff has named multiple Defendants in this case, both

state and federal.  It would only contribute to Plaintiff's irreparable harm

for Plaintiff to have  to sacrifice  to pay for  or otherwise provide,  service of

process, when indigent status requires the U.S. Marshall to effectuate

service of process, "Under Federal Rule of Civil Procedure 4(c)(2)(B)(i) a

party proceeding in forma pauperis is entitled to have the summons and

complaint served by the U.S. Marshal (citation omitted)." Puett  v.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>Blandford</u>, 895 F.2d 630 (9th Cir. 1990), and "Similarly, 28 U.S.C. Sec. 1915(c ) provides that in cases in which a court authorizes a plaintiff to proceed in forma pauperis the 'officers of the court shall issue and serve all process.'" Id.

## CONCLUSION

For the foregoing reasons, Plaintiff requests the Court to grant him in forma pauperis status for the above entitled case.

July 1, 2012
_____
Date

*Laurack D. Bray*
_____
LAURACK D. BRAY

4