LAURACK D. BRAY
P.O. Box 611432
Los Angeles, California 90061
(805) 907-2693

Plaintiff Pro Se

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CV12-5704 (RZ)

LAURACK D. BRAY

    Plaintiff,

v.

DEPARTMENT OF JUSTICE, et al.

    Defendants.

NO._____

PROPOSED EX PARTE TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE REGARDING PRELIMINARY INJUNCTIVE RELIEF

    This matter having come before the Court on Plaintiff Laurack D. Bray's ex-parte application for a temporary restraining order and order to show cause regarding a preliminary injunction against various federal and state Defendants.

    Upon consideration of the papers and evidence submitted by Plaintiff in support of the Motion, and any other papers, evidence or arguments presented by the parties in connection with Plaintiff's ex parte application/motion; and the

Court having found that good cause exists therefor, and Plaintiff having shown that immediate and irreparable harm will result to Plaintiff in the absence of the requested relief;

IT IS HEREBY ORDERED that :

1. Plaintiff's Ex Parte Application/Motion for a Temporary Restraining Order or TRO is GRANTED. The standards for a temporary restraining order have been met, including Plaintiff's showing of irreparable harm and likelihood of success on the merits. The balance of hardships favors Plaintiff and temporary order is in the public's interest.

2. Defendants, and all, including all successors, agents, officers, servants, employees, attorneys, and representatives and all persons acting in concert or participating with Defendants in their respective official capacities, and all others who receive notice of this Order are, pending hearing on this Court's below-issued Order to Show Cause, hereby ordered, enjoined, and restrained as follows:

(a). RESTRAINED and ENJOINED from selling, leasing, renting, or otherwise conveying the property located at 1019 E. Santa Clara Street, Ventura, CA, 93001, pending further notice from the court stating otherwise.

(b). ORDERED to immediately, or in a reasonable time, dis-possess or remove from the premises: anyone who is currently in possession of or living in the said premises.

(c). ORDERED to allow or permit Plaintiff to immediately, or as soon as possible, re-gain possession or possess the said premises without any hinderance and at Plaintiff's convenience; or alternatively, RESTRAINED and ENJOINED from prohibiting Plaintiff from re-possessing and/or re-entering the said premises, immediately, or as soon as possible, and at plaintiff's convenience.

(d). ORDER and REQUIRE federal defendants and/or Steven R. Sellers, trustee of said property or whosoever maintains the property to continue maintaining the premises and the expenses of the premises until a final decision is reached regarding the merits of Plaintiff's Complaint.

3. The Court grants this TRO, compelling Defendants, their officers, agents, employees, attorneys, and all persons who are in active concert or participation with them, to take all actions necessary within the scope of their authority to implement the above injunctive relief; and it is ordered that this TRO will be maintained until this Court considers and files an Order to Show Cause for a preliminary injunction herein.

4. This Court further issues an Order to Show Cause fixing the time for Plaintiff's motion for a Preliminary Injunction. It is FURTHER ORDERED that Defendants SHOW CAUSE and appear before this Court in Courtroom_____ located at _____ _____, at _____, or as soon as thereafter as this matter may be heard on _____, then and there to show cause, if any, that the federal Defendants and the trustee, Steven R. Sellers, especially, and all and any other Defendants, their respective officers, agents servants, employees and attorneys and all those in active concert or participation with said Defendants and each of them, while pending the determination of this action and further Order of this Court, why a preliminary injunction should not issue continuing the above Temporary Restraining Order.

### EFFECTIVE DATE and TIME

The above Temporary Restraining Order is effective immediately upon issuance. Plaintiff is not required to post a bond.

IT IS SO ORDERED.

_____  
Date

_____  
Judge, United States District Court  
Central District of California