**LODGED**

2012 JUL -2 PM 4: 22

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

**FILED**
CLERK, U.S. DISTRICT COURT
JUN - 3 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

LAURACK D. BRAY

PLAINTIFF(S)

V.

DEPARTMENT OF JUDTICE (US), ET AL

DEFENDANT(S)

CASE NUMBER

CV12- 5704-CAS (RZ)

**ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE**

**IT IS ORDERED** that the complaint may be filed without prepayment of the filing fee.

Further proceedings in this matter are subject to the orders of the Judge to whom the case is assigned.

_7/3/12_
Date

_/s/ Ralph Zarefsky_
United States Magistrate Judge

**IT IS RECOMMENDED** that the request of plaintiff/petitioner to file the action without prepayment of the filing fee be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency.
☐ Legally and/or factually patently frivolous
☐ Other:

☐ District Court lacks jurisdiction.
☐ Immunity as to _____

Comments:

_____
Date

United States Magistrate Judge

**IT IS ORDERED** that the request of plaintiff to file the action without prepayment of the filing fee is:
☐ **GRANTED**    ☐ **DENIED (See comments above).**

_____
Date

United States District Judge

CV-73A (01/10)   ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE