NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Laurack D. Bray
P.O. Box 611432
Los Angeles, CA 90061
Pro Se
ATTORNEYS FOR: Plaintiff
(805) 901-2693

**FILED**
2012 JUL -3 PM 3:31
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Laurack D. Bray
Plaintiff(s),
v.
Department of Justice, et al.
Defendant(s)

CASE NUMBER: CV12-5704-CAS(RZ)

CERTIFICATION AND NOTICE OF INTERESTED PARTIES
(Local Rule 7.1-1)

LODGED 2012 JUL -2 AM 10:41 U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, Pro Se ~~counsel of record for~~ Plaintiff Laurack D. Bray (or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.) (See attached additional Sheet, as "Page 2")

**PARTY** — **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

1. United States — Defendant
2. Department of Justice — Defendant
3. Eric Holder — Defendant
4. U.S. Attorney's Office — Defendant
5. Andre Birotte — Defendant
6. FBI — Defendant
7. Robert Mueller — Def.
8. Tani Cantil-Sakauye — Def.
9. Eric Shinseki — Def.
10. Sup. Ct. of California — Def.
11. Thomas O'Brien — Def.
12. Patrick Donohue — Def.

Date: July 1, 2012

Sign: Laurack D. Bray

Pro Se Laurack D. Bray
Attorney of record for or party appearing in pro per

Page 2 - Interested Parties

13. Steven Hintz - Defendant
14. BARRY Klopfer - Defendant
15. KEN Riley - Defendant
16. David Long - Defendant
17. Robert Perry - Defendant
18. Michael Pastor - Defendant
19. Steven R. Sellers - Defendant
20. HAROLD JAMES Griffith - Real Party in interest
21. Gregory Secor - Real Party in Interest
22. Jeanette M. Andrews - Real Party in Interest
23. Helen H. Davis - Unofficial Real Party in Interest for Plaintiff