FILED
2012 JUL -3 PM 3: 50
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAURACK D. BRAY** | CASE NUMBER |
| PLAINTIFF(S) | CV12- 5704 CAS (RZ) |
| V. | |
| **DEPARTMENT OF JUSTICE (US), ET AL** | NOTICE OF REFERENCE TO A UNITED STATES MAGISTRATE JUDGE |
| DEFENDANT(S). | |

Pursuant to General Order 08-05, the within action has been assigned to the calendar of the Honorable Christina A. Snyder, U.S. District Judge. Pursuant to the provisions of General Order 05-07, the within action is referred to U.S. Magistrate Judge Ralph Zarefsky, who is authorized to consider preliminary matters and conduct all further hearings as may be appropriate or necessary.

Thereafter, unless the Magistrate Judge determines that a trial by District Judge is required, the Magistrate Judge shall prepare a report and recommendation and file it with the Clerk of the Court together with proposed findings of fact and conclusions of law where neccessary or appropriate, and a proposed written order or judgment, which shall be mailed to the parties. In the event the Magistrate Judge concludes that a trial by a District Judge is required, the Magistrate Judge shall so report to the District Judge.

Subsequent documents, correspondence and all other matters to be called to the Magistrate Judge's attention must be submitted and/or filed at the following location:

| [X] **Western Division** | [ ] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Ste 1053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

**Failure to submit and/or file at the proper location will result in your documents being returned to you.**

Clerk, U.S. District Court

7/3/2012

Date

By: AMARTINE

Deputy Clerk

---

### NOTICE TO COUNSEL

A copy of this notice must be served with the summons and complaint.

Electronic recording equipment is used to report discovery proceedings before magistrate judges. However, if the parties deem that a court report is necessary, they may make their own arrangements in this regard.

CV-25 (03/09)   NOTICE OF REFERENCE TO A UNITED STATES MAGISTRATE JUDGE