Name & Address:
Lauvack D. Bray
P.O. Box 611432
Los Angeles, CA. 90061

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Lauvack D. Bray
(See attached)

PLAINTIFF(S)

v.

Department of Justice
(See attachment)

DEFENDANT(S).

CASE NUMBER

CV12-5704 CAS(VZ)

SUMMONS

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __Lauvack D. Bray__, whose address is __P.O. Box 611432; Los Angeles, CA. 90061__. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: JUL 10 2012

By: __ANDRES PEDRO__
Deputy Clerk

(Seal of the Court) 1202

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].

CV-01A (10/11)   SUMMONS

```
1  Laurack D. Bray
2  P.O. Box 611432
3  Los Angeles, California 90061
4  Tel: (805) 901-2693

5  Plaintiff Pro Se


              UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT OF CALIFORNIA


10  LAURACK D. BRAY, and on behalf of
11  CONRAD MURRAY and OSCAR GRANT,           CV12-5704-CAS(RZ)
    deceased, and other                      NO._____
12  similarly-situated black male
13  professionals/semi-professionals
                                                   VERIFIED*
14                Plaintiff,                  CIVIL RIGHTS COMPLAINT
15  v.
                                              FOR PERMANENT
16  DEPARTMENT OF JUSTICE(U.S.); UNITED STATES  INJUNCTIVE RELIEF AND
17  OF AMERICA; ERIC HOLDER, ATTORNEY GENERAL   DAMAGES
    OF THE UNITED STATES, in his official capacity;
18  UNITED STATES ATTORNEY'S OFFICE,
19  LOS ANGELES;
20  ANDRE BIROTTE, UNITED STATES ATTORNEY,        JURY TRIAL DEMANDED
    LOS ANGELES, in his official capacity and individually;
21  FEDERAL BUREAU OF INVESTIGATION;
22  ROBERT S. MUELLER, DIRECTOR, FEDERAL BUREAU
    OF INVESTIGATION, in his official capacity;
23  UNNAMED ASSISTANT DIRECTOR IN CHARGE, FBI
24  LOS ANGELES DIVISION, in his official capacity;
25  UNNAMED ASSISTANT U.S. ATTORNEYS, LOS
    ANGELES, in their official capacities and individually;
26  TANI-CANTIL-SAKANYE, CHAIR, JUDICIAL COUNCIL OF
27  CALIFORNIA, in her official capacity; ERIC SHINSEKI,
28
                                  1
```

SECRETARY OF VETERAN AFFAIRS, in his official capacity; SUPERIOR COURT OF CALIFORNIA; THOMAS O'BRIEN, in his official capacity in his former position as U.S. Attorney, Los Angeles and individually; PATRICK R. DONOHUE, POSTMASTER GENERAL OF THE UNITED STATES, in his official capacity; STEVEN HINTZ, BARRY KLOPFER, KEN RILEY, and DAVID LONG, in their official capacities as former Superior Court of California, Ventura County, judges and individually; ROBERT PERRY and MICHAEL PASTOR, JUDGES, SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY, in their official capacities and individually; and STEVEN R. SELLLERS, in his official capacity as trustee-owner and individually.

                            Defendants,

and

HAROLD JAMES GRIFFITH, GREGORY SECOR, and JEANETTE M. ANDREWS, and HELEN H. DAVIS

Real Parties in Interest.

---

*Factual allegations

## STATEMENT OF THE CASE

1. This case involves a black lawyer, as a citizen and a lawyer, filing several criminal- civil rights complaints in the U.S. Attorney's Office in Los Angeles against mostly white public officials, and the U.S. Attorney's Office refusal to prosecute any of the complaints.