Name & Address:

Laurack D. Bray
P.O. Box 611435
Los Angeles, CA 90061

# FOR OFFICE USE ONLY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Laurack D. Bray
(See attachment)

PLAINTIFF(S)

v.

Department of Justice
(See attachment)

DEFENDANT(S).

CASE NUMBER

CV12-5704 CAS (VZ)

**SUMMONS**

TO:    DEFENDANT(S):    # FOR OFFICE USE ONLY

A lawsuit has been filed against you.

Within **60** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☐ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, **Laurack D. Bray**, whose address is **P.O. Box 611435; Los Angeles, CA. 90061**. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:    JUL 10 2012

By: _____ ANDRES PEDRO _____
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

# FOR OFFICE USE ONLY

CV-01A (10/11)    **SUMMONS**

**FILED**

1

**Laurack D. Bray**

2   **P.O. Box  611432**

**Los Angeles, California  90061**

3   **Tel: (805) 901-2693**

4

5   **Plaintiff Pro Se**

6

7             **UNITED STATES DISTRICT COURT**

8             **CENTRAL DISTRICT OF CALIFORNIA**

9

10  **LAURACK D. BRAY, and on behalf of**

**CONRAD MURRAY and OSCAR GRANT,**

11   **deceased,  and other**

**CV12-5704-CAS(RZ)**

12  **similarly-situated black male**

**NO.**

**professionals/semi-professionals**

13

14                    **Plaintiff,**

**VERIFIED***

**CIVIL RIGHTS COMPLAINT**

15  **v.**

16  **DEPARTMENT OF JUSTICE(U.S.); UNITED STATES**

**FOR  PERMANENT**

17  **OF AMERICA; ERIC HOLDER, ATTORNEY  GENERAL**

**INJUNCTIVE RELIEF AND**

**DAMAGES**

**OF THE UNITED STATES, in his official capacity;**

18  **UNITED STATES ATTORNEY'S OFFICE,**

19  **LOS  ANGELES;**

20  **ANDRE  BIROTTE, UNITED STATES ATTORNEY,**

**JURY TRIAL DEMANDED**

**LOS ANGELES, in his official capacity and individually;**

21  **FEDERAL BUREAU OF INVESTIGATION;**

22  **ROBERT S. MUELLER, DIRECTOR, FEDERAL BUREAU**

**OF INVESTIGATION, in his official capacity;**

23  **UNNAMED ASSISTANT DIRECTOR IN CHARGE, FBI**

24  **LOS ANGELES DIVISION, in his official capacity;**

25  **UNNAMED ASSISTANT U.S. ATTORNEYS, LOS**

**ANGELES, in their official capacities and individually;**

26  **TANI-CANTIL-SAKANYE, CHAIR, JUDICIAL COUNCIL OF**

27  **CALIFORNIA, in her official capacity; ERIC SHINSEKI,**

28

1

*2012 JUL -3  PH 3 25*

*CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES*

*BY*

SECRETARY OF VETERAN AFFAIRS, in his official capacity; SUPERIOR COURT OF CALIFORNIA, THOMAS O'BRIEN, in his official capacity in his former position as U.S. Attorney, Los Angeles and individually;   PATRICK R. DONOHUE, POSTMASTER GENERAL OF THE UNITED STATES, in his official capacity; STEVEN HINTZ, BARRY KLOPFER, KEN RILEY, and DAVID LONG, in their official capacities as former Superior Court of California, Ventura County, judges and individually;   ROBERT PERRY and MICHAEL PASTOR, JUDGES, SUPERIOR COURT OF CALIFORNIA , LOS ANGELES COUNTY,  in their official capacities and individually; and STEVEN R. SELLLERS, in his official capacity as trustee-owner and individually.

Defendants,

and

HAROLD  JAMES GRIFFITH, GREGORY SECOR, and JEANETTE M. ANDREWS, and  HELEN H. DAVIS

Real Parties in Interest.

---

*Factual  allegations

## STATEMENT OF THE CASE

1 .   This case involves  a  black lawyer, as a citizen and a lawyer, filing several criminal- civil rights complaints in the U.S. Attorney's Office in Los Angeles against mostly white public officials, and the U.S. Attorney's Office refusal to prosecute any of the complaints.