Name & Address:

ANDRÉ BIROTTE JR., United States Attorney
LEON W. WEIDMAN, Assistant U.S. Attorney, Chief, Civil Division
JASON K. AXE, Assistant United States Attorney; [SBN: 187101]
300 North Los Angeles Street, Room 7516
Los Angeles, CA 90012
Tel: (213) 894-8827    Fax: (213) 894-7819

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| LAURACK D. BRAY, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 12-5704 CAS (RZx) |
| v. | |
| UNITED STATES OF AMERICA, | NOTICE OF CHANGE OF ATTORNEY INFORMATION |
| DEFENDANT(S). | |

**The following information must be provided:**

I, _____Jason K. Axe_____, __187101__, __Jason.Axe@usdoj.gov__
         *Name*              *CA Bar ID Number*         *E-mail Address*

☑ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s)

_____United States of America_____

and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
> I ☑ consent ☐ do not consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☑ TO UPDATE NAME OR FIRM INFORMATION:
    ☑ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.
                PROVIDE ONLY THE INFORMATION THAT HAS CHANGED
Attorney Name changed to __Jason K. Axe, Assistant U.S. Attorney__
New Firm/Government Agency Name __United States Attorney's Office__
New Address __300 North Los Angeles Street, Room 7516, Los Angeles, CA 90012__
New Telephone Number __(213) 894-8827__   New Facsimile Number __(213) 894-7819__
New E-mail address __jason.axe@usdoj.gov__

☑ TO BE ADDED AS COUNSEL OF RECORD: CHECK ONE BOX
    ☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____
    ☑ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FI RM I S **NOT** ALREADY PART OF THI S ACTI ON AND ARE A SSOCIATING IN AS COUNSEL OF RECORD A NOTI CE OF ASSOCIATION SHOULD BE FI LED. IF YOU ARE GOI NG TO APPEAR PRO HAC VI CE, A SEPARATE APPLI CATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name _____ CA State Bar Number _____
Firm/Government Agency Name _____
Address: _____
Telephone Number _____ Facsimile Number _____
New E-mail address _____

☐    TO BE REMOVED FROM THE CASE: **

    ☐    I am ☐ the aforementioned attorney from my firm is no longer counsel of record in the above- entitled cause of action.

CHECK ONE BOX

    ☐    The order relieving me/the aforementioned attorney from my firm was filed on: _____.

    ☐    There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

    ☐    I am ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01,*Request for Substitution of Attorney* and G-01ORDER, *Order on Request for Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.**

Date: __August 7, 2012__    __/s/ Jason K. Axe, Assistant U.S. Attorney__
                                                                         *Signature of Attorney of Record / Attorney for the Firm*

**PLEASE NOTE: CM/ECF users must update t heir account information in the system pursuant to the General Order au thorizing electronic filing, in a ddition to filing this Notice of Change of Attorney Informat ion. A separate Notice must be filed in every pending case pursuant to Local Rule 83–2.7.**