LAURACK D. BRAY
P.O. Box 611432
Los Angeles, CA 90061
Tel: (805) 901-2693

2012 AUG 20 PM 1:38

Plaintiff Pro Se

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISRTICT OF CALIFORNIA

LAURACK D. BRAY

        Plaintiff,

v.

DEPARTMENT OF JUSTICE, ET.AL.

        Defendants.

NO. CV 12-5704-CJC (RZ)

**RESPONSE RE : *JURISDICTION ONLY* TO COURT'S AUGUST 14, 2012 ORDER**

Plaintiff Laurack D. Bray hereby and **specifically** responds *only* as to the district court's **lack of jurisdiction** to issue the August 14, 2012 Order.

Plaintiff has filed a writ of mandamus in the United States Court of Appeals for the Ninth Circuit, appealing the very issues that the district court, Judge Cormac J. Carney, is attempting to make a ruling on, i.e., the TRO and Plaintiff's Complaint, see Laurack D. Bray v. USDC, C.D. of Cal., No. 12-72501, therefore, the district court **lacks jurisdiction** to make any rulings or take any other actions pertaining

thereto until the Court of Appeals issues a decision. See <u>Smith v. Lujan</u>, 588 F.2d 1304 (9th Cir. 1979).

When the district court had legal jurisdiction to rule on the TRO, it intentionally refused to do so. So now, after (and only after) Plaintiff has filed a writ of mandamus in the 9th Circuit to address that refusal, judge Carney has now attempted to do what he should have done earlier, i.e., make a ruling on the pending TRO, through a hastily written Order lacking in any real substance or merit. But now, it's **too late**. The district court lacks authority to make any further rulings until the 9th Circuit has issued a decision on the writ of mandamus.

Therefore, Plaintiff will disregard, and not respond to, the substance and merits of the court's August 14, 2012 Order, and will await, as the district court must do, the 9th Circuit's decision.

8-20-2012
Date

*Laurack D. Bray*
LAURACK D. BRAY

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing "Response re: jurisdiction <u>only</u> to Court's August 14, 2012 Order" was mailed, first class, postage pre-paid to:

Jason K. Axe
Assistant U.S. Attorney
U.S. Attorney Office
300 North Los Angeles Street, Room 7516
Los Angeles, CA 90012

on this 20th day of August, 2012.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　LAURACK D. BRAY