LAURACK D. BRAY
P.O. Box 611432
Los Angeles, CA 90061
Tel: (805) 901-2693

Plaintiff Pro Se

FILED

2012 AUG 20  PM 1: 37

Plaintiff Pro Se

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISRTICT OF CALIFORNIA

LAURACK D. BRAY

        Plaintiff,

v.

DEPARTMENT OF JUSTICE, ET.AL.

        Defendants.

NO. CV 12-5704-CJC (RZ)

# CERTIFICATE OF SERVICE

    I hereby certify that a copy of the attached "Summons" was served by *priority* mail on Jason K. Axe, at 300 North Los Angeles Street, Room 7516, Los Angeles, California, 90012; on behalf of Defendant United States of America, after having received a Notice of Appearance filed by Mr. Axe, indicating a voluntary appearance as counsel of record for Defendant United States of America in the above-entitled case, and after having previously served a copy of the Complaint on Mr. Axe :

on this 17th day of August, 2012.

*Laurack D. Bray*
LAURACK D. BRAY
Plaintiff

Name & Address:

Laurack D. Bray
P.O. Box 611432
Los Angeles, CA 90061

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Laurack D. Bray
(See attachment)

PLAINTIFF(S)

v.

Department Of Justice
(See attachment)

DEFENDANT(S).

CASE NUMBER

CV12-5704 CAS (RZ)

SUMMONS

TO:    DEFENDANT(S):    United States Of America

A lawsuit has been filed against you.

Within **60** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☐ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, **Laurack D. Bray** **P.O. Box 611432; Los Angeles, CA 90061**, whose address is _____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:    JUL 10 2012

By:    ANDRES REDLO

Deputy Clerk

(Seal of the Court)
1202

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].



FILED

2012 JUL -3 PH 3: 25

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

LODGED

1  Laurack D. Bray
2  P.O. Box 611432
3  Los Angeles, California 90061
   Tel: (805) 901-2693
4
5  Plaintiff Pro Se
6
7
8
9

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

10  LAURACK D. BRAY, and on behalf of
11  CONRAD MURRAY and OSCAR GRANT,
    deceased, and other
12  similarly-situated black male
13  professionals/semi-professionals

14                          Plaintiff,

15  v.

16  DEPARTMENT OF JUSTICE(U.S.); UNITED STATES
17  OF AMERICA; ERIC HOLDER, ATTORNEY GENERAL
    OF THE UNITED STATES, in his official capacity;
18  UNITED STATES ATTORNEY'S OFFICE,
19  LOS ANGELES;
20  ANDRE BIROTTE, UNITED STATES ATTORNEY,
    LOS ANGELES, in his official capacity and individually;
21  FEDERAL BUREAU OF INVESTIGATION;
22  ROBERT S. MUELLER, DIRECTOR, FEDERAL BUREAU
    OF INVESTIGATION, in his official capacity;
23
24  UNNAMED ASSISTANT DIRECTOR IN CHARGE, FBI
    LOS ANGELES DIVISION, in his official capacity;
25  UNNAMED ASSISTANT U.S. ATTORNEYS, LOS
    ANGELES, in their official capacities and individually;
26  TANI-CANTIL-SAKANYE, CHAIR, JUDICIAL COUNCIL OF
27  CALIFORNIA, in her official capacity; ERIC SHINSEKI,
28

NO. **CV12-5704-CAS(RZ)**

**VERIFIED***
**CIVIL RIGHTS COMPLAINT**

**FOR PERMANENT**
**INJUNCTIVE RELIEF AND**
**DAMAGES**

**JURY TRIAL DEMANDED**

1

1   SECRETARY OF VETERAN AFFAIRS, in his official capacity;
2   SUPERIOR COURT OF CALIFORNIA, THOMAS O'BRIEN,
3   in his official capacity in his former position as U.S.
    Attorney, Los Angeles and individually;  PATRICK R.
4   DONOHUE, POSTMASTER GENERAL OF THE UNITED
5   STATES, in his official capacity;  STEVEN HINTZ, BARRY
    KLOPFER, KEN RILEY, and DAVID LONG, in their official
6   capacities as former Superior Court of California, Ventura
7   County, judges and individually;  ROBERT PERRY and
    MICHAEL PASTOR, JUDGES, SUPERIOR COURT OF
8   CALIFORNIA , LOS ANGELES COUNTY,  in their official
9   capacities and individually; and STEVEN R. SELLLERS, in his
    official capacity as trustee-owner and individually.
10

11
                                            Defendants,
12

13   and

14
     HAROLD  JAMES GRiFFITH, GREGORY SECOR, and
15   JEANETTE M. ANDREWS, and  HELEN H. DAVIS

16

17
     Real Parties in Interest.
18   _____

19
     *Factual  allegations
20

21

22
                        STATEMENT OF THE CASE
23
     1 .   This case involves  a  black lawyer, as a citizen and a lawyer, filing several
24
     criminal- civil rights complaints in the U.S. Attorney's Office in Los Angeles against
25
     mostly white public officials, and the U.S. Attorney's Office refusal to prosecute
26
     any of the complaints.
27

28
                                    2