**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 19 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: LAURACK D. BRAY. | No. 12-72501 |
| LAURACK D. BRAY, | D.C. No. 2:12-cv-05704-CJC-RZ<br>Central District of California,<br>Los Angeles |
| Petitioner, | |
| v. | ORDER |
| UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES, | |
| Respondent, | |
| U.S. DEPARTMENT OF JUSTICE; et al., | |
| Real Parties in Interest. | |



RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 19 2012
CENTRAL DISTRICT OF CALIFORNIA
BY            CW            DEPUTY

Before: W. FLETCHER, CLIFTON, and BYBEE, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

No further filings shall be accepted in this closed case.

**DENIED.**

ec/MOATT