FILED

UNITED STATES COURT OF APPEALS

OCT 18 2012

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LAURACK D. BRAY,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE; et al.,<br><br>    Defendants - Appellees,<br><br>HAROLD JAMES GRIFFITH; et al.,<br><br>    Defendants - Real Parties in Interest. | No. 12-56815<br><br>D.C. No. 2:12-cv-05704-CJC-RZ<br>Central District of California,<br>Los Angeles<br><br>ORDER |

RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 18 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Appellant's letter to the Clerk, received on October 15, 2012, is construed as a motion for voluntary dismissal of this appeal. So construed, the motion is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court.

MF/Pro Se

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Monica Fernandez
Motions Attorney/Deputy Clerk